UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| STANLEY J. BRUMFIELD | CIVIL ACTION |
| VERSUS | NO. 08-1072 |
| PETER LOFTON, III | SECTION "D"(4) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Stanley J. Brumfield's petition for issuance of a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _12_ day of _Jan_, 2011.

_A. J. McNamara_
UNITED STATES DISTRICT JUDGE